IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SHANNON MCLEAN                                                                                      PLAINTIFF

V.                                                                   CIVIL ACTION NO. 1:19-CV-122-SA-RP

MISSISSIPPI STATE UNIVERSITY et al                                                        DEFENDANTS

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on June 20, 2019. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge.

This, the 24th day of June, 2019.

                                                      /s/ Sharion Aycock
                                                    UNITED STATES DISTRICT JUDGE