IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SHANNON MCLEAN                                                                       PLAINTIFF

v.                                                               CAUSE NO. 1:19CV122-GHD-RP

MISSISSIPPI STATE UNIVERSITY,
MARK E. KEENUM IN HIS OFFICIAL
CAPACITY AS PRESIDENT OF
MISSISSIPPI STATE UNIVERSITY, DR.
ANDREW MACKIN, DR. GARY J. BURT,
AND JULIE BURT                                                DEFENDANTS

## AGREED ORDER OF DISMISSAL

The Court, being advised of an agreement among the parties, hereby DISMISSES the Plaintiff's complaint in this matter with prejudice, and this case is CLOSED.

So ordered, this the 25th day of June, 2021.

_____
SENIOR U.S. DISTRICT JUDGE

AGREED:

/s/ Joel Dillard
Joel Dillard
Miss. Bar No. 104202
joel@joeldillard.com
JOEL F. DILLARD, PA
775 N. Congress St.
Jackson, MS 39202
Ph: 601-509-1372

/s/Charles E. Winfield
Charles E. Winfield
Miss. Bar No. 10588
cwinfield@winfieldlawfirm.com
Ashlyn B. Matthews
Miss. Bar No. 104424
amatthews@winfieldlawfirm.com
THE WINFIELD LAW FIRM, P.A.
224 East Main Street
Post Office Box 80281
Starkville, Mississippi 39759
Telephone: (662) 323-3984
Facsimile: (662) 323-3920